

# Fourth Court of Appeals
## San Antonio, Texas

August 19, 2016

No. 04-16-00320-CR

Willie David **FLOYD,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR10665
Honorable Kevin M. O'Connell, Judge Presiding

# O R D E R

The appellant's motion for extension of time to file brief is granted. The appellant's brief is due November 14, 2016.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of August, 2016.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court